United States District Court
Southern District of Texas
ENTERED
JUL 23 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 23 1998
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LAURA FLORES, ET AL | * |
| v. | * CIVIL ACTION No. B-98-015 |
| KEVIN WALTER BENSON | * |

### ORDER OF SUBSTITUTION

It appears to this Court that this action brings claims for monetary damages against Kevin Benson for alleged tortious acts arising out of actions taken by him within the scope of his employment with the United States Customs Service.

ACCORDINGLY IT IS ORDERED pursuant to *28 U.S.C. §2679(d)(1)*, as amended by the *Public Law 100-694*, that the United States is hereby substituted as the defendant herein in the place of the named defendant, Kevin Benson, in both his official and individual capacities, with regard to the common law tort allegations raised in the plaintiffs' complaint. Further, because the complaint alleges only common law tort allegations against Kevin Benson, Kevin Benson's name should deleted from the caption of these proceedings as a named defendant.

IT IS FURTHER ORDERED that all the defenses of the United States are not affected by this certification and order.

IT IS FURTHER ORDERED that as to all common law tort claims alleged against defendant Kevin Benson, in his official and individual capacities, the United States is hereby substituted as a defendant in the stead of Kevin Benson.

SIGNED on this the 23rd day of July, 1998.

_____
Presiding Judge