12

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LAURA FLORES, ET AL          *
                             *
v.                           *       CIVIL ACTION No. B-98-015
                             *
UNITED STATES OF AMERICA     *

## ORDER APPOINTING AN ATTORNEY AD LITEM

Today, this Court considered the Defendant's unopposed motion seeking the appointment of an attorney ad litem in this action that would represent the interests of the minors Benjamin Flores, Felicia Flores and Carlos Flores. It appearing that each of these minors is a plaintiff in this action and that all parties are in agreement that an ad litem should be appointed the Court hereby GRANTS the Defendant's motion for the appointment of an ad litem.

THEREFORE IT IS ORDERED that attorney _Ricky Salinas Flores_, be designated as the ad litem on behalf of Benjamin Flores, Felicia Flores and Carlos Flores. This attorney's mailing address and telephone number is as follows:

_401 Conway Av._
_Mission, Texas 78572_
_(956) 519-0040_.

IT IS FURTHER ORDERED that counsel for the plaintiffs herein provide the ad litem herein with copies of all pertinent pleadings, records and relevant information needed to represent the minors herein.

IT IS ALSO ORDERED that this ad litem's fees will be established by this Court at the conclusion of these proceedings unless a fee is otherwise agreed to between the ad litem and the parties herein.

Signed on _January 11_, 1999, in Brownsville, Texas.

HILDA G. TAGLE
United States District Judge