14

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Laura Flores, et al

versus

USA

§
§
§    CIVIL ACTION B- 98-015
§
§

## Order Setting Trial

1.    Trial: Estimated time to try: _____ days.     ☐ Bench    ☐ Jury

2.    Joint pretrial order is due:     2-4-99
   *The plaintiff is responsible for filing the pretrial order on time.*

3.    A final pretrial conference and docket call is set:     4-1-99
   *The case will remain on standby until tried.*     1:30 p.m.

4.    Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed February 1 , 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge