United States District Court
Southern District of Texas
ENTERED

MAR 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LAURA FLORES, ET AL | * |
| | * |
| v. | *   CIVIL ACTION No. B-98-015 |
| | * |
| UNITED STATES OF AMERICA | * |

### ORDER SETTING FRIENDLY SUIT HEARING

Today this Court considered the Defendant's Motion for Friendly Suit Hearing. In the motion, Defendant represented that the parties have reached terms of settlement and that with regard to the three minors/plaintiffs the attorney ad litem appointed herein also concurs with the settlement terms.

As such, it appears that a Friendly Suit hearing will be necessary in order for this Court to review the terms of settlement and determine whether the settlement is fair and reasonable.

THEREFORE IT IS ORDERED, that this case be set for a Friendly Suit Hearing on __3-11__, 1999, at __3:30__ am/pm at the courtroom located on the fourth floor of the Federal Courthouse located at the corner of 10th and Elizabeth Streets in Brownsville, Texas.

Signed __March 9th__, 1999, in Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas