19

United States District Court
Southern District of Texas
ENTERED

MAR 15 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LAURA FLORES, ET AL     *
   *
v.     *    CIVIL ACTION No. B-98-015
   *
UNITED STATES OF AMERICA     *

### ORDER REGARDING DEPOSIT OF MINORS' SETTLEMENT PROCEEDS AND PAYMENT OF AD LITEM FEES

On March 11, 1999, a Friendly Suit Hearing was held. Present at the hearing were: Assistant U.S. Attorney Nancy L. Masso, attorney for the defendant; Bruce Tharpe (in the stead of Arnulfo Acosta), attorney for the plaintiffs; Aida Salinas Flores, the court appointed attorney ad litem for the minors Benjamin Flores, Felicia Flores and Carlos Flores, Jr.; and plaintiffs, Laura Flores, Benjamin Flores, Felicia Flores, Carlos Flores, Jr. and Diana Elizondo.

This Court heard the testimony of the minors' mother, Laura Flores, and is satisfied that the terms of settlement reached on behalf of her minor children, Benjamin Flores, Felicia Flores and Carlos Flores, Jr., is fair and reasonable. Each of the plaintiffs--including Laura Flores, the mother of the minor children herein--were advised that the settlement funds at issue were for the sole benefit of the respective minors and as such would be deposited into an interest bearing account in the registry of the Court for their benefit. Laura Flores was further admonished that by acceptance of this settlement agreement by she and the attorney ad litem herein, the minors, Benjamin Flores, Felicia Flores and Carlos Flores, Jr., would be prohibited (once each respectively turned 18 years old) from filing suit against the defendant for any claims arising from the incident at issue in this suit.

Plaintiffs Laura Flores and Diana Elizondo also testified that they were each satisfied with the terms of settlement as they pertained to them.

Court appointed attorney ad litem, Aida Salinas Flores, and Defendant's attorney AUSA Nancy Masso announced that they had agreed that the ad litem should be awarded fees in the amount of $1,875.00 for her work done in this case (that is,

$125.00 per hour for 15 hours work).

IT IS THEREFORE ORDERED THAT the settlement as described by the parties herein be approved;

IT IS FURTHER ORDERED, that the Defendant deposit the settlement funds for the minors herein into the registry of the court. The Clerk is hereby directed to place these funds into an interest bearing account for the benefit of the respective minors herein in the amounts as follows:

|   |   |
|---|---|
| Benjamin Flores | $2,250.00 |
| Felicia Flores | $1,500.00 |
| Carlos Flores, Jr. | $2,500.00. |

IT IS FURTHER ORDERED, that these funds will not be disbursed unless approved by this Court, which may be obtained by written application that is approved by the attorney ad litem appointed in this case.

IT IS FURTHER ORDERED, that--unless the funds are otherwise lawfully disbursed--all funds and accrued interest on the funds, may be disbursed to the each minor herein upon his or her 18th birthday (respectively), upon written application and approval of this Court.

FINALLY, IT IS ORDERED that the Defendant pay the attorney ad litem fees in the amount of $1,875.00.

Signed ____March 15____, 1999, in Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas

ClibPDF - www.fastio.com