21

United States District Court
Southern District of Texas
ENTERED

MAR 15 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

LAURA FLORES, ET AL      *

     *

v.      *      CIVIL ACTION No. B-98-015

     *

UNITED STATES OF AMERICA      *

## *FINAL ORDER OF DISMISSAL*

On March 11, 1999, a Friendly Suit hearing was held in this action at which time the parties represented that a settlement had been negotiated. This Court approved of the settlement at the conclusion of the hearing.

On March 12, 1999, the Defendant presented an unopposed motion to dismiss this action, with prejudice, on the basis that the case has been settled. The motion is well taken.

THEREFORE, IT IS ORDERED THAT this case is DISMISSED, WITH PREJUDICE, as to any of the plaintiffs' right to refile same. Unless already assessed by previous order of this Court, all other costs are assessed against the party who incurred same. This Court will retain jurisdiction over this matter should a dispute arise relating to the enforcement of the settlement herein.

SIGNED this _____, 1999, in Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas