24

United States District Court
Southern District of Texas
ENTERED

JUN 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LAURA FLORES, ET AL. | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. B-98-015 |
| | ) |
| KEVIN WALTER BENSON | ) |

## ORDER ON UNOPPOSED MOTION TO WITHDRAW FUNDS FROM REGISTRY OF COURT

BE IT REMEMBERED that, on this day came on to be heard the Unopposed Motion to Withdraw Funds From Registry of Court and the Court hereby orders that said motion is, in all things:

GRANTED / DENIED

AND IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the U.S. District Clerk's Office issue a check in the amount of $1,562.50 payable to THE LAW OFFICE OF ARNULFO M. ACOSTA for attorney's fees in this case and said amounts shall be deducted from the amounts deposited into the Registry of the Court for the use and benefit of the following minor Plaintiffs in the following amounts:

| | |
|---|---|
| Carlos Flores, Jr | $625.00 |
| Benjamin Flores | $562.50 |
| Felecia Flores | $375.00 |
| Total | $1,562.50 |

SIGNED this 3 day of June, 1999.

_____
HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas